**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hunter Storm, an individual, | ) | No. CV-07-0706-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Capital One, a foreign corporation, | ) | |
| Defendant. | ) | |

The Court is in receipt of Plaintiff's Motion for Extension of Service of Process Deadline (docket #11), filed August 2, 2007. On August 3, 2007, at 10:33 a.m., the undersigned's judicial assistant sent an e-mail addressed to counsel for Plaintiff directing counsel to forward the proposed order in WordPerfect or MS Word format to the undersigned's chambers' ECF e-mail address pursuant to the Court's Electronic Case Filing Administrative Policies and Procedure Manual, page 11, Section G., Proposed Orders and Orders.

To date, the proposed order has not been received from Plaintiff's counsel.

Accordingly,

**IT IS ORDERED denying without prejudice** Plaintiff's Motion for Extension of Service for failing to properly follow the Court's Administrative Policies and Procedures Manual with respect to submission of proposed orders.

DATED this 8th day of August, 2007.

Lawrence O. Anderson
United States Magistrate Judge