1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hunter Storm, an individual,            ) | No. CV-07-0706-PHX-LOA |
|                                         ) | |
|       Plaintiff,                        ) | **ORDER TO SHOW** |
|                                         ) | **CAUSE** |
| vs.                                     ) | |
|                                         ) | |
| Capital One Bank, a foreign corporation,) | |
|                                         ) | |
|       Defendant.                        ) | |

On August 2, 2007, Plaintiff timely filed a Motion for Extension of Service of Process Deadline, requesting an "extension to receive the return receipt [of service of the Amended Complaint] in this case and file the affidavit of service." (docket # 11 at 2) Despite the unsuccessful efforts by chamber's staff to communicate with Plaintiff's counsel to comply with the District Court's Electronic Case Filing ("ECF") Administrative Policies and Procedure Manual, page 11, Section G., Proposed Orders and Orders, no response was received from Plaintiff's counsel. As a result, Plaintiff's Motion for Extension of Service of Process Deadline was denied without prejudice on August 9, 2007 due to an administrative violation. To date, neither another motion for extension of time for service pursuant to Rule 4(m), FED.R.CIV.P., nor an ECF-compliant proposed order has been filed.

On the Court's own motion,

**IT IS ORDERED** that Plaintiff shall, **on or before Friday, August 24, 2007**, (1) file a motion for extension of time for service pursuant to Rule 4(m), FED.R.CIV.P., for good cause shown and provide the Court, through its chamber's email box

1  (anderson_chambers@azd.uscourts.gov), an ECF-compliant proposed order, (2) provide
2  adequate proof of timely service of process on Defendant "within 120 days after the filing
3  of the complaint," as required by Rule 4(m), FED.R.CIV.P., or (3) show good cause in writing
4  why this lawsuit should not be dismissed without prejudice.

5        DATED this 14th day of August, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge