**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hunter Storm, an individual, ) | No. CV-07-0706-PHX-LOA |
| ) Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| ) Capital One Bank, a foreign corporation, ) | |
| ) Defendant. ) | |

      Plaintiff's counsel has filed a Certificate of Service reflecting service was timely effectuated upon the Defendant on July 31, 2007.

      Accordingly,

      **IT IS ORDERED quashing** the Court's Order to Show Cause issued on August 14, 2007 (docket #14).

      DATED this 24th day of August, 2007.

Lawrence O. Anderson
United States Magistrate Judge